

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00274-CR

Jose Flores **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 1980CR1362W
Honorable Jefferson Moore, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we ORDER this appeal DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 25, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

_____
Keith E. Hottle, Clerk of Court